UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                          Case No. 18-24452-EPK
Kendra Michelle McDonald                        Chapter 13

_____Debtor._____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Comes now Wells Fargo Bank, N.A., by and through its undersigned attorney, and hereby files its objection to confirmation of Debtor's Chapter 13 plan of reorganization (Doc. No. 8) and states as follows:

1. This case was filed by Debtor on November 19, 2018 when the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. On November 19, 2018, Debtor filed its Chapter 13 plan (Doc. No. 8) which proposed to make secured arrearage payments to Wells Fargo Bank, N.A. in the amount of $52,000.00 and regular monthly mortgage payments in the amount of $1,422.66 for a mortgage encumbering real property collateral located at 1716 Echo Lake Drive, West Palm Beach, FL 33407.

3. Wells Fargo Bank, N.A., objects to confirmation of Debtor's Chapter 13 plan due to the fact that it fails to provide for full repayment of its anticipated first mortgage arrearages of $55,271.53 and regular contractual monthly mortgage payments of $1,411.62 through Debtor's Chapter 13 plan.

4. Wells Fargo Bank, N.A. will file a formal proof of claim on or before the claims bar deadline of January 29, 2019.

5. The initial confirmation hearing is set for March 11, 2019.

Wherefore, Wells Fargo Bank, N.A. prays that this Honorable Court deny confirmation of Debtor's Chapter 13 plan of reorganization.

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in Compliance with additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

I hereby certify that a true and correct copy of the foregoing was furnished via First Class U.S. Mail or via CM/ECF electronic filing this 8th day of January, 2019, to the following:

Kendra Michelle McDonald, 1716 Echo Lake Drive, West Palm Beach, FL 33407
Edward N. Port, Esq., 2161 Palm Beach Lakes Blvd, #202, West Palm Beach, FL 33409
Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

16-301485