UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Case No. 18-24452-EPK
Kendra Michelle McDonald                                  Chapter 13

      Debtor.                                      /

**OBJECTION TO ATTORNEY REPRESENTED DEBTOR
VERIFIED OUT OF TIME MOTION FOR REFERRAL TO MORTGAGE
MODIFICATION MEDIATION WITH LENDER WELLS FARGO BANK, N.A.**

Comes now Wells Fargo Bank, N.A. and through its undersigned attorney and files this objection to attorney represented debtor verified out of time motion for referral to mortgage modification mediation with lender Wells Fargo Bank, N.A. (Doc No. 26) and states as follows:

1. This case was filed on November 19, 2018 when the Debtor filed a voluntary petition under chapter 13 of the Bankruptcy Code.

2. On November 19, 2018 Debtor filed an initial Chapter 13 plan (Doc. No. 8) which failed to provide for the anticipated secured arrearages and contractual monthly payments. See objection at Doc. No. 16.

3. On January 22, 2019 Wells Fargo Bank, N.A. filed claim 7-1 which listed a total claim in the amount of $218,838.45, a secured arrearage of $55,271.53 and a contractual monthly payment of $1,411.62.

4. On March 5, 2019 Debtor filed a First amended chapter 13 plan where the plan treatment changes and Wells Fargo Bank is only to receive monthly adequate protection MMM payments of $1,411.62 for months 1-60.

5. Debtor has previously received a HAMP loan modification with Wells Fargo Bank, N.A on May 24, 2011 and Debtor is more than three years delinquent and the loan has been reviewed five separate times during the delinquency as set forth below.

6. On or about July 28, 2016 Debtor first considered for a second loan modification and it was determined that Debtor was over the modification limits as the possible loan modifications exceeded the modification limits as the current payment was already below the targeted payment.

7. The loan was again reviewed on March 26, 2017 for a possible second loan modification was denied as the possible loan modifications exceeded the modification limits as the current payment was already below the targeted payment.

8. On March 22, 2018 and again on June 7, 2018 the loan was again reviewed however the due to incomplete information provided the review was closed prior to a decision.

9. On September 24, 2018 the loan was again reviewed for a possible second loan modification however was denied due to Debtor inability to afford to pay.

10. The loan is over three years past due and there is no basis to believe that Debtor will be able to qualify for a second loan modification as the current loan modification given on May 24, 2011 is currently due for February 1, 2016 payment with a modified interest rate of only 4.75% until maturity on December 1, 2040. The past denials indicated the borrower was at an affordable payment.

Wherefore, Wells Fargo Bank, N.A. moves this Court to deny Debtors out of time Motion for Referral the Mortgage Modification Mediation Program for the reasons set forth in this objection.

## **CERTIFICATE OF SERVICE**

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and am in Compliance with additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I hereby certify that a true and correct copy of the foregoing has been sent via CM/ECF Electronic Filing or via First Class U.S. Mail to the following on this 11th day of March 2019.

Kendra Michelle McDonald, 1716 Echo Lake Drive, West Palm Beach, FL 33407
Edward N. Port, Esq., 2161 Palm Beach Lakes Blvd, #202, West Palm Beach, FL 33409
Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

16-301485 BK03 WNI