**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No:  18-24452-EPK
                                                                Chapter 13

MCDONALD, KENDRA
SSN: XXX-XX-2710

_____ Debtor    /

## NOTICE OF WITHDRAWAL

COMES NOW THE DEBTOR, Kendra McDonald, and serves this Notice of Withdrawal

of Motion for Referral to Mortgage Modification Mediation with Lender Wells Fargo - docket

number # 26.


Dated:  May 8, 2019                          The Port Law Firm, PA
                                             Attorneys for Debtor
                                             2161 Palm Beach Lakes Blvd.
                                             Suite 202
                                             West Palm Beach, FL  33409
                                             (561) 721-1212


                                             By:  /s/ Edward N. Port
                                                 Edward N. Port, Esq.
                                                 Florida Bar No. 988588

                                             I HEREBY CERTIFY THAT I AM ADMITTED TO
                                             THE BAR OF THE UNITED STATES DISTRICT
                                             COURT FOR THE SOUTHERN DISTRICT OF
                                             FLORIDA AND I AM IN COMPLIANCE WITH THE
                                             ADDITIONAL QUALIFICATIONS TO PRACTICE IN
                                             THIS COURT SET FORTH IN  LOCAL RULE 2090-
                                             1(A).